UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TA'LISA L. HOOPER-TURNER,<br><br>    Petitioner,<br><br>    v.<br><br>RICK HILL, Warden,<br><br>    Respondent. | Case No.  C 14-0841 KAW (PR)<br><br>ORDER OF TRANSFER |

    Petitioner, a state prisoner incarcerated at Folsom Women's Facility ("FWF"), has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the validity of her conviction, which was obtained in Los Angeles County Superior Court.

    A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court is properly filed in either the district of confinement or the district of conviction.  28 U.S.C. § 2241(d).  The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice.  *See id.*  Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction.  *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

    Petitioner was convicted in Los Angeles County Superior Court, which lies within the venue of the Central District of California.  28 U.S.C. § 84(b).  She is incarcerated at FWF, in Sacramento County, which lies within the venue of the Eastern District of California.  *Id.* § 84(d).  Thus, jurisdiction over the petition exists in either the Central District or the Eastern District, but not in the Northern District.

    Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, the Clerk of the Court is ordered to TRANSFER this action forthwith to the district of conviction,

1  i.e., the United States District Court for the Central District of California.

2  All remaining motions are TERMINATED on this Court's docket as no longer pending in
3  this Court.

4  **IT IS SO ORDERED.**

6  Dated: 3/14/14

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TALISA L HOOPER-TURNER,

        Plaintiff,

v.

FOLSOM WOMENS FACILITY et al,

        Defendant.
_____/

Case Number: CV14-00841 KAW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 17, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ta'Lisa L. Hooper-Turner WE7323
Folsom Women's Facility
P.O. Box 1790
Folsom, CA 95763

Dated: March 17, 2014

                                    Richard W. Wieking, Clerk

                                    *Susan Imbriani*

                                    By: Susan Imbriani, Deputy Clerk