UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TA'LISA L. HOOPER-TURNER,<br><br>   Petitioner,<br><br>   v.<br><br>FOLSOM WOMEN'S FACILITY, et al.,<br><br>   Respondents. | Case No.  CV 14-2156 ABC(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

IT IS SO ADJUDGED.

DATED: March 27, 2014

_____
HONORABLE AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE